IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

EDWARD ESTRADA,

    Plaintiff,                       CV F 02 5078 REC  WMW  P

    vs.                             ORDER RE MOTIONS  (DOC 36, 36) )

STEVE CAMBRA, et al.,

    Defendants.

        Plaintiff is a state prisoner proceeding pro se.  On August 3, 2004, plaintiff filed a motion for injunctive relief.  On September 17, 2004, plaintiff filed a motion seeking to have the Deputy Attorney General assigned to this case removed.  On July 14, 2005, the District Court entered an order dismissing this action for plaintiff's failure to state a claim upon which relief could be granted.  Because this action has been dismissed, plaintiff's motions are moot. Accordingly, IT IS HEREBY ORDERED that plaintiff's motions filed on August 3 and September 17, 2004, are denied as moot.

IT IS SO ORDERED.

1

| | | |
|---|---|---|
| 1 | **Dated:** <u>     **August 9, 2005**     </u><br>mmkd34 | <u>         /s/  **William M. Wunderlich**         </u><br>UNITED STATES MAGISTRATE JUDGE |